UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WACHOVIA MORTGAGE, FSB, | : | |
| | : | Docket No. 3:18-cv-1965-VLB |
| VS. | : | |
| | : | |
| TOCZEK, PAWEL, ET AL. | : | January 9, 2019 |

### DECLARATION OF DAVID M. BIZAR IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES AND COSTS

I, David M. Bizar, pursuant to Title 28, U.S.C., § 1746, hereby declare, verify, and state:

1. I am an attorney and a partner of the law firm of Seyfarth Shaw, LLP ("Seyfarth" or "Counsel"), and a member of the Bar of this Court.

2. Seyfarth represents Substitute Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") in this action.

3. I have billing responsibility for this case.

4. This declaration is based upon my personal knowledge or upon my review of Seyfarth's billing records, and addresses Seyfarth's work performed in this case.

5. Seyfarth's legal services included but were not limited to the following:

- **Reviewing the notice of removal to federal court filed by Limited Intervener Defendant Aleksandra Toczek ("Limited Intervener") and developing a strategy for responding in the federal court, and its impact on proceedings in the Connecticut Superior and Appellate Courts;**

- **Researching the issue of whether a late-filed removal to federal court—even if frivolous—deprives the state Superior Court of jurisdiction and any impact on proceedings in the state courts;**

- **Drafting Wells Fargo's motion to remand and memorandum of law;**
- **Drafting Wells Fargo's motion for expedited review of the motion to remand; and**
- **Preparing conformed versions of the above motions and related documents, and drafting a notice of filing conformed documents, after the reassignment of this case to the Hon. Vanessa L. Bryant.**

### SUMMARY OF HOURS, RATES AND PERSONNEL

**6.     David M. Bizar.  Attorney David M. Bizar is a partner at Seyfarth, the principal client contact with Wells Fargo, and possessed overall responsibility for the firm's retention for this matter.  Mr. Bizar chairs Seyfarth's Consumer Financial Services Litigation practice group.  He is also a Fellow of the American College of Consumer Financial Services Lawyers and Co-Chairs the Litigation and Arbitration Subcommittee of the American Bar Association.  A copy of Mr. Bizar's biography is attached hereto as Exhibit A.**

**7.     J. Patrick Kennedy.  Attorney J. Patrick Kennedy is a senior counsel at Seyfarth and assisted with conducting legal research, drafting the motion to remand and memorandum of law in support, and drafting the motion for expedited review of the motion to remand and related filings.  A copy of Mr. Kennedy's biography is attached hereto as Exhibit B.**

**8.     William Lugo.  William Lugo is a senior paralegal at Seyfarth who assisted with various exhibit preparation tasks and electronic filing of the motions and related papers.**

**9.     Invoiced Time.  A copy of Seyfarth's pro forma invoice to be submitted to Wells Fargo for its services in this matter from December 4 through 13, 2018 is attached hereto as Exhibit C.  This pro forma invoice provides details**

2

of the various tasks for which Wells Fargo is seeking recovery of its attorney's fees incurred in responding to Limited Intervener's improper removal to federal court; the pro forma invoice has been redacted to exclude time entries for tasks in this matter unrelated to the improper removal to federal court and for which Wells Fargo is not seeking reimbursement.  The total amount of fees to be billed by Seyfarth to Wells Fargo in relation to Limited Intervener's improper removal will be $15,471.40.  The chart below details the hours billed by the above-referenced individuals for their services and the total fees incurred by Wells Fargo for those services:

| Time Spent on Motion to Remand, Motion for Expedited Review and related filings ||||| 
|---|---|---|---|---|
| Name | Title | Hours | Rate | Total |
| David Bizar | Partner | 7.1 | $551 | $3,912.10 |
| J Patrick Kennedy | Senior Counsel | 19.5 | $420 | $8,190.00 |
| William Lugo | Senior Paralegal | 16.0 | $195 | $3,120.00 |
| Total | | | | $15,222.10 |
| Additional Fees Incurred as a Result of the Removal |||||
| David Bizar | Partner | 0.3 | $551 | $165.30 |
| J. Patrick Kennedy | Senior Counsel | 0.2 | $420 | $84.00 |
| Total | | | | $249.30 |
| Total Fees | | | | $15,471.40 |

10. **Reasonableness of Fees**.  The fees to be charged by Seyfarth and billed to Wells Fargo for its services in this case are reasonable.  In addition, the hourly billing rates of the Seyfarth attorneys and paralegal who performed services on this matter are reasonable given their experience and reputation in the industry.

11. As set forth above, Seyfarth will bill Wells Fargo $15,471.40 for attorney's fees that were incurred due to Limited Intervener's improper removal to federal court.  Seyfarth did not incur and will not bill Wells Fargo for any costs.

I, David M. Bizar, declare under penalty of perjury that the foregoing is true and correct.  Executed on this 9th day of January 2019.

           */s/ David M. Bizar*
           **David M. Bizar**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

           */s/ David M. Bizar*
           **David M. Bizar**